## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| Paul Weishaar,<br>            Plaintiff,<br><br>      v.<br><br>Global Credit & Collection Corp,<br>            Defendant. | C.A. No. 17-451 |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that all matters herein have been compromised and settled as between Plaintiff and Defendant, Global Credit & Collection Corp.  Plaintiff intends on filing a Stipulation of Dismissal with Prejudice and Proposed Order once the settlement is consummated.

Respectfully submitted,

*s/ Antranig N. Garibian*
Antranig N. Garibian
Garibian Law Offices, P.C.
1010 Bancroft Parkway, Suite 22
Wilmington, DE 19805
Telephone:  215-326-9179
Email: ag@garibianlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I, Antranig Garibian, Esq., hereby certify that a copy of the Notice of Settlement between Plaintiff and Defendant, Global Credit & Collection Corp., has been filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

    Benjamin P. Chapple, Esq.
    Reed Smith LLP
    1201 Market Street
    Suite 1500
    Wilmington, DE 19801
    302-573-3503
    jwolcott@connollygallagher.com

                Respectfully submitted,

                *s/ Antranig N. Garibian*
                Antranig N. Garibian
                Garibian Law Offices, P.C.
                1010 Bancroft Parkway, Suite 22
                Wilmington, DE 19805
                Telephone:  215-326-9179
                Email: ag@garibianlaw.com
                *Counsel for Plaintiff*